UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-01377-SSS-KKx | Date | December 28, 2022 |
|---|---|---|---|
| Title | *Arisha Byars v. Rite Aid Corp., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT'S ORDER [Dkt. 14]**

On October 14, 2022, the Court received the Plaintiff's Notice of Settlement ("Notice") [Dkt. 13]. On October 17, 2022, this Court issued its Order notifying Plaintiff of the Court's expectation for dismissal upon the filing of the Notice [Dkt. 14] and directed Plaintiff to provide information sufficient for the Court to determine whether dismissal of the case is collusive or prejudicial to the putative class and whether notice to all members of the putative class is required.

As of today's date, Plaintiff has yet to file any information that would allow the Court to determine if the case can be dismissed. In addition, and in view of the lapse in time since this Court issued its order, the Court notes that Defendant has not filed a responsive pleading to the First Amended Complaint [Dkt. 12], filed on September 20, 2022.

Accordingly, the Court **ORDERS** counsel for Plaintiff to show cause why this action should not be dismissed.

     Counsel is required to respond in writing on or before **January 27, 2023 by 12:00 noon**. In addition, the Court hereby **SETS** an Order to Show Cause hearing on **Friday, February 3, 2023, at 1:00 p.m., via video conference.** Counsel's failure to respond or file a satisfactory response may result in the dismissal of this action. If the Court is satisfied with counsel's response, or if counsel files a document appropriately responsive to the Court's October 17 Order [Dkt. 14], the Court may vacate the Order to Show Cause Hearing.

     **IT IS SO ORDERED.**